AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502, et. al.

Plaintiffs,

v.

Lonnie Dantzler, Individually and d/b/a
D and B Construction

Defendant.

CASE NUMBER:

**07CV6170
JUDGE GOTTSCHALL
MAG. JUDGE KEYS**

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Lonnie Dantzler, Individually and d/b/a D and B Construction
~~400 West 76th Street~~ 11643 S. RACINE AVENUE
Chicago, IL 60620

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald D. Schwartz
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 0 1 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1/9/08 AT 6:00 P.M. |
| NAME OF SERVER (PRINT)  SCOTT POCIUS | TITLE  INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. AT 11643 SOUTH RACINE AVENUE, CHICAGO, IL

Name of person with whom the summons and complaint were left: JOE JOHNSON DESCRIBED AS A M/B, 45 YEARS OF AGE, BALD HEAD, GRAYING FACIAL HAIR

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/9/08
                Date

Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE208
PARK RIDGE IL 60068

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.