# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6170 | **DATE** | 1/23/2008 |
| **CASE TITLE** | Trustees of the Cement Masons PenFd, et al vs. Dantzler | | |

**DOCKET ENTRY TEXT**

Status hearing held. Oral motion by Plaintiff's counsel to dismiss this matter without prejudice is granted. Civil case terminated.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | RJ |
|---|---|---|

Case 1:07-cv-06170   Document 9   Filed 01/23/2008   Page 1 of 1

07C6170 Trusteesof the Cement Masons PenFd, et al vs. Dantzler                                    Page 1 of 1